# RETURN OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)*

| Service of the Summons and complaint was made by me(1) | DATE 11/17/2022 |
|---|---|
| NAME OF SERVER (PRINT) Jessica L. Hedrick | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 130 Harbour Pl P Suite 280 Davidson, NC 28036

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/17/22
          Date

Signature of Server

Address of Server: 9820 Northcross Center Ct. Suite W2, Huntersville, NC 28078

DISTRICT OF NEW JERSEY	IN THE UNITED STATES DISTRICT COURT
CASE NO. 3:22-cv-04905-MAS-LHG

SYMBIONT SCIENCE, ENGINEERING )
& CONSTRUCTION, INC. )
    *Plaintiff* )
)
Vs. )   **AFFIDAVIT OF SERVICE**
)
GROUND IMPROVEMENT SERVICES, )
INC. )
    *Defendant* )

GEOPIER FOUNDATION COMPANY,
INC.
    *Third-party defendant*

---

I, Jessica Lynn Hedrick, being duly sworn, depose, and say that on the 17th day of November, 2022 at 12:30 pm, I personally served a representative of Geopier Foundation Company, by hand delivering a true copy of the Third Party Complaint, with the date and hour of service endorsed thereon by me, at the address of: 130 Harbour One Place, Suite 280, Davidson, NC 28036 and informed said person of the contents therein, in compliance with state statute.

This the 17 day of November, 2022.

    Signature of Affiant
    Jessica L. Hedrick
    NC Licensed Private Investigator 449356-PIA
    Richardson and Davis Investigative and Consulting Group
    9820 Northcross Center Court
    Suite 62
    Huntersville, NC 28078

STATE OF NORTH CAROLINA

COUNTY OF ALLEGHANY

I, Kenneth W. Richardson, a Notary Public for said County and State, do hereby certify that Jessica Lynn Hedrick personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Signed and sworn to before me, this the 17 day of November, 2022.

_____
Notary Public

My commission expires: 5/26/2026

