UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
SYMBIONT SCIENCE ENGINEERING
AND CONSTRUCTION, INC.; ZURICH COMPANY
a/s/o Symbiont Science, Engineering and Construction, Inc.;
AMERICAN GUARANTY AND LIABILITY INSURANCE
COMPANY a/s/o Symbiont Science Engineering and
Construction, Inc.; and STEADFAST
INSURANCE COMPANY a/s/o Symbiont
Science Engineering and Construction, Inc.,

                Plaintiffs,

   vs.

GROUND IMPROVEMENT SERVICES, INC.;
JOHN DOES 1-10, (fictitious parties) and
ABC COMPANIES 1-10 (fictitious parties);
GEOSTRUCTURES OF VIRGINIA, INC.,

                Defendants,

GROUND IMPROVEMENT SERVICES, INC.
and GEOSTRUCTURES OF VIRGINIA, INC.,

              Third-Party Plaintiffs,

   vs.

GEOPIER FOUNDATION COMPANY, Inc. and
GZA GEOENVIRONMENTAL, INC.

              Third-Party Defendants.
-----------------------------------------------------------X

Case No.:
3:22-cv-04905-MAS-LHG

NOTICE OF
APPEARANCE

TO:   Clerk of Court and All Counsel of Record,

      **PLEASE TAKE NOTICE**, that the undersigned attorney, Stephen F. Willig, is admitted to practice in this Court, and hereby appears in this case as counsel for Third-Party Defendant GZA GEOENVIRONMENTAL, INC.

**PLEASE TAKE FUTHER NOTICE** that the undersigned demands that all papers served or required to be served in this action shall be given to and served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
December 13, 2022

                                 **DONOVAN HATEM LLP**

By: _____
      Stephen F. Willig
*Attorneys for Third-Party Defendant*
GZA GEOENVIRONMENTAL, INC.
112 West 34th Street, 18th Floor
New York, New York 10120
(212) 502-7016
swillig@donovanhatem.com

4864-7142-8163, v. 1