UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------X
SYMBIONT SCIENCE ENGINEERING
AND CONSTRUCTION, INC.; ZURICH COMPANY          Case No.:
a/s/o Symbiont Science, Engineering and Construction, Inc.;          3:22-cv-04905-MAS-LHG
AMERICAN GUARANTY AND LIABILITY INSURANCE
COMPANY a/s/o Symbiont Science Engineering and
Construction, Inc.; and STEADFAST
INSURANCE COMPANY a/s/o Symbiont
Science Engineering and Construction, Inc.,

                                                         ORDER EXTENDING
                         Plaintiffs,                     TIME

              vs.

GROUND IMPROVEMENT SERVICES, INC.;
JOHN DOES 1-10, (fictitious parties) and
ABC COMPANIES 1-10 (fictitious parties);
GEOSTRUCTURES OF VIRGINIA, INC.,

                         Defendants,

GROUND IMPROVEMENT SERVICES, INC.
and GEOSTRUCTURES OF VIRGINIA, INC.,

                  Third-Party Plaintiffs,

              vs.

GEOPIER FOUNDATION COMPANY, Inc. and
GZA GEOENVIRONMENTAL, INC.

                  Third-Party Defendants.
--------------------------------------------------------------X


ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT GZA
GEOENVIRONMENTAL, INC. TO RESPOND TO
THIRD-PARTY COMPLAINT AND RULE 14(a)(3) COMPLAINT


       THIS MATER having been brought to the Court by Donovan Hatem LLP,

attorneys for Third-Party Defendant GZA Geoenvironmental, Inc. for an Order extending

its time to respond to certain pleadings, and the Court having considered the application and

for good cause shown;

IT IS on this 14th day of  December, 2022:

ORDERED that the time by which GZA Geoenvironmental, Inc. must answer or move against the Third-Party Complaint (ECF Doc 31) and the Plaintiffs' Rule 14(a)(3) Complaint (ECF Doc 36) is extended to January 6, 2023.

_____
Hon. Lois H. Goodman, U.S.M.J.

4869-3071-4180, v. 1