UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
SYMBIONT SCIENCE ENGINEERING AND
CONSTRUCTION, INC.; ZURICH COMPANY          Case No.:
a/s/o Symbiont Science, Engineering and Construction, Inc.;   3:22-cv-04905-MAS-LHG
AMERICAN GUARANTY AND LIABILITY
 INSURANCE COMPANY a/s/o Symbiont Science
Engineering and Construction, Inc.; and STEADFAST   Return Date:
INSURANCE COMPANY a/s/o Symbiont          February 6, 2023
Science Engineering and Construction, Inc.,

               Plaintiffs,          ORAL ARGUMENT
   vs.                     REQUESTED

GROUND IMPROVEMENT SERVICES, INC.;
JOHN DOES 1-10, (fictitious parties) and ABC C
OMPANIES 1-10 (fictitious parties); GEO-
STRUCTURES OF VIRGINIA, INC., Defendants,
GROUND IMPROVEMENT SERVICES, INC.
and GEOSTRUCTURES OF VIRGINIA, INC.,

               Third-Party Plaintiffs,
   vs.

GEOPIER FOUNDATION COMPANY, Inc. and
GZA GEOENVIRONMENTAL, INC.

               Third-Party Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS ON BEHALF OF THIRD-PARTY DEFENDANT**

     **PLEASE TAKE NOTICE**, that on Tuesday February 21, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for Third-Party Defendant GZA GEOENVIRONMENTAL, INC. shall move this Court for an order, pursuant to FRCP 12(b)(6), dismissing the Third-Party Complaint and Plaintiffs' Rule 14(a)(3) Complaint against movant.

Said Third-Party Defendant shall rely upon the attached affirmation and exhibits, which includes a proposed Order, and the accompanying Memorandum of Law.

Dated: New York, New York
January 20, 2023

**DONOVAN HATEM LLP**

By: _____
Stephen F. Willig
*Attorneys for Third-Party Defendant*
*GZA GeoEnvironmental, Inc.*
112 West 34th Street, 18th Floor
New York, New York 10120
(212) 244-3333

To:

All Counsel via electronic filing

4865-7336-5575, v. 1