IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC., ZURICH AMERICAN INSURANCE COMPANY a/s/o Symbiont Science, Engineering and Construction, Inc.; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a/s/o Symbiont Science, Engineering and Construction, Inc. and STEADFAST INSURANCE COMPANY a/s/o Symbiont Science and Construction, Inc.<br><br>Plaintiffs<br><br>vs.<br><br>GROUND IMPROVEMENT SERVICES, INC.; JOHN DOES 1-10, (fictitious parties) and ABC COMPANIES 1-10 (fictitious parties); GEOSTRUCTURES OF VIRGINIA, INC.<br><br>Defendants. | Honorable Robert Kirsch, U.S.D.J.<br><br>Honorable J. Brendan Day, U.S.M.J.<br><br>C.A. No.: 3:22-cv-04905-RK-JBD<br><br>**NOTICE OF MOTION TO INTERVENE** |

TO:   Honorable Robert Kirsch, U.S.D.J.
       Clarkson S. Fisher Building & U.S. Courthouse
       402 East State Street
       Trenton, NJ 08608

       All Counsel of Record

**PLEASE TAKE NOTICE** that on October 16, 2023 at 9:00 a.m. or as soon thereafter as counsel may be heard, proposed intervenor Denali Water Solutions LLC, through its counsel, Fox Rothschild LLP, shall move before the above-named Court to intervene in the above-captioned matter. The proposed intervenor will rely on the attached brief, certification of counsel, and attached exhibits. A proposed form of order is also attached.

Date: September 12, 2023

/s/ Jeffrey M. Pollock
Jeffrey M. Pollock, Esq.
Steven J. Link, Esq.
Dominique J. Carroll, Esq.
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311

Attorneys for proposed intervenor,
Denali Water Solutions LLC