Jeffrey M. Pollock, Esq. (015751987)
Steven J. Link, Esq. (019892011)
Dominique J. Carroll, Esq. (020552014)
Princeton Pike Corporate Center
FOX ROTHSCHILD LLP
Lawrenceville, NJ 08648
Tel: (609) 896-3600
Fax: (609) 896-1469
jmpollock@foxrothschild.com
slink@foxrothschild.com
djcarroll@foxrothschild.com
*Attorneys for proposed intervenor,*
*Denali Water Solutions LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC., ZURICH AMERICAN INSURANCE COMPANY a/s/o Symbiont Science, Engineering and Construction, Inc.; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a/s/o Symbiont Science, Engineering and Construction, Inc. and STEADFAST INSURANCE COMPANY a/s/o Symbiont Science and Construction, Inc.<br><br>Plaintiffs<br><br>vs.<br><br>GROUND IMPROVEMENT SERVICES, INC.; JOHN DOES 1-10, (fictitious parties) and ABC COMPANIES 1-10 (fictitious parties); GEOSTRUCTURES OF VIRGINIA, INC. | Honorable Robert Kirsch, U.S.D.J.<br><br>Honorable J. Brendan Day, U.S.M.J.<br><br>C.A. No.: 3:22-cv-04905-RK-JBD<br><br>**PROPOSED ORDER** |

| Defendants. | |
|---|---|

**THIS MATTER**, having been brought before the Court upon the application of proposed intervenor Denali Water Solutions LLC, through its counsel, Fox Rothschild LLP, for the issuance of an Order granting Denali's motion to intervene in the above-captioned matter; and the Court, having considered the papers submitted in support hereof and any opposition thereto; for the reasons set forth on the record; and for other good cause shown;

**IT IS** on this _____ day of _____, 2023, **ORDERED** as follows:

Denali's motion to intervene is **GRANTED**;

**IT IS FURTHER ORDERED** that Denali's counsel, Dominique J. Carroll, Esq., Steven J. Link, Esq., and Jeffrey M. Pollock, Esq. shall be permitted to enter appearances on behalf of the proposed intervenor, and upon doing so, shall be added to the Court's CM/ECF and parties' service lists.

_____
Hon. Robert Kirsch, U.S.D.J.

____Opposed

____Unopposed